**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (SBN 271294)
Mehgan Gallagher (SBN 338699)
12100 Wilshire Boulevard, Suite 1070
Los Angeles, California 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. AGUILAR, an individual, | Case No.: 5:23-cv-1846-JGB-SHK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Judge:    Hon. Jesus G. Bernal |
| MERCEDES-BENZ USA, LLC; a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Mercedes-Benz USA, LLC ("Defendant" or "MBUSA") writes to inform the Court that the Parties have reached a settlement as to the underlying claims in the above-referenced matter, however attorneys' fees remain outstanding. Defendant requests that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, including attorneys' fees and costs, to be determined by agreement or noticed

motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. Defendant expects to file the dismissal papers within 75 days.

Dated:   February 6, 2025          **THETA LAW FIRM, LLP**

_____
Mehgan Gallagher
Soheyl Tahsildoost
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2025, I filed the foregoing document entitled **NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

_____

Mehgan Gallagher