Soheyl Tahsildoost (Bar No. 271294)
THETA LAW FIRM, LLP
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorney for Defendant Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. AGUILAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 5:23-cv-1846-JGB-SHK<br><br>**DEFENDANT MERCEDES-BENZ USA, LLC'S F.R.C.P. RULE 68 OFFER** |

TO PLAINTIFF AND PLAINTIFF'S ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 68, Defendant Mercedes-Benz USA, LLC ("Defendant" or "MBUSA") hereby offers to settle this action in the above-referenced lawsuit relating to Plaintiff's 2022 Mercedes-Benz GLE350W, VIN 4JGFB4JE3NA753430 (hereinafter "Subject Vehicle") on the following terms:

1. MBUSA will pay the total amount of $107,500.00 (the "Sum") to Plaintiff and Plaintiff's lender for the Subject Vehicle, if any (if there is an outstanding loan on the Subject Vehicle, MBUSA shall pay the lender the amount

1

**DEFENDANT MERCEDES-BENZ USA, LLC'S F.R.C.P. RULE 68 OFFER**

necessary to pay off the loan for the Subject Vehicle from the Sum, and Plaintiff shall receive the entire remaining amount).

2. It is an express condition of this Offer that, if accepted, MBUSA will perform its obligations within 45 days of acceptance on a mutually agreeable date and location, with Plaintiff returning the Subject Vehicle to a mutually agreeable authorized Mercedes-Benz dealership and on or before that same date executing all required California Department of Motor Vehicle forms, including but not limited to, DMV Form 262, necessary to transfer title of the Subject Vehicle to MBUSA free and clear of all liens and encumbrances (except for any loan for the purchase or refinance of the Subject Vehicle, which will be paid by MBUSA as stated above), and MBUSA thereafter providing Plaintiff and Plaintiff's lender, if any, with the check or checks necessary to obtain clear title for the Subject Vehicle. It is a further express condition of this Offer that, if accepted, Plaintiff will promptly provide to MBUSA current loan payoff information, payment history, a copy of the current registration of the Subject Vehicle, and a copy of the front and back sides of the Subject Vehicle's title (if available).

3. MBUSA will waive its fees, costs, and expenses in this action.

4. Plaintiff will dismiss this entire action with prejudice.

5. The Court shall determine, in a noticed motion and/or by Plaintiff's filing of a bill of costs, the attorney's fees, costs, and expenses recoverable in this case, including whether they are recoverable and the amounts recoverable. There is no admission of liability by this offer.

6. This Offer can be accepted by filling out, signing, and serving the acceptance statement on the next page within 14 days after service of this offer or it is deemed withdrawn. Pursuant to Federal Rules of Civil Procedure, Rule 68, if the judgment finally obtained by the offeree is not more favorable than this Offer, the offeree must pay costs incurred after the Offer was made.

DATED: December 27, 2024   THETA LAW FIRM, LLP

_____
SOHEYL TAHSILDOOST
Attorney for Defendant Mercedes-Benz USA, LLC

**[PLEASE SEE NEXT PAGE FOR ACCEPTANCE OF THIS OFFER]**

# **FRCP RULE 68 OFFER ACCEPTANCE**

I hereby accept the above FRCP Rule 68 Offer made by Defendant Mercedes-Benz USA, LLC by signing below.

DATED: 2025.01.07    BY: _____
Daniel Inscore, Esq.
Susan A. Yeck, Esq.
Lemon Law Associates of California
Attorneys for Plaintiff

4

**DEFENDANT MERCEDES-BENZ USA, LLC'S F.R.C.P. RULE 68 OFFER**

# PROOF OF SERVICE
## (Code Civ. Proc., § 1013a(3) Revised 5-1-88)

I am over the age of 18, not a party to this action, and employed in the county where this mailing occurred. My business address is 12100 Wilshire Blvd., Suite 1070, Los Angeles, CA 90025. My E-service address is: eservice@thetafirm.com. On **December 27, 2024**, I served the following documents described as **DEFENDANT MERCEDES-BENZ USA, LLC'S F.R.C.P. RULE 68 OFFER** as follows:

| | |
|---|---|
| Lemon Law Associates of California<br>2900 Adams Street #A-340<br>Riverside, CA 92504<br>Phone: (951) 977-8110<br>Fax: (619) 531-7997<br>syeck@lemonlawassociates.com<br>dinscore@lemonlawassociates.com | |

☐ BY MAIL: I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with proper postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Said mailing is deposited with the United States Postal Service on that same day in the ordinary course of business and there is delivery service by United States mail at the place so addressed. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I delivered such envelope by hand to the individual(s) listed on the above service list.

☒ BY ELECTRONIC TRANSMISSION: I caused to be electronically transmitted such document referenced above to the individual(s) listed on the above service list.

☐ BY FACSIMILE TRANSMISSION: I transmitted the facsimile to the individual(s) listed on the above service list at the facsimile number listed thereon. The telephone number on the facsimile machine I used is (424) 286-2244. The facsimile machine I used complied with Rule 2.306 and no error was reported by the machine. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person at the above-address. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **December 27, 2024** at Los Angeles, California.

_____
Steven Correa

**DEFENDANT MERCEDES-BENZ USA, LLC'S F.R.C.P. RULE 68 OFFER**

**PROOF OF SERVICE**

I, Amr Sa'ad Ulloa Mansur, declare:

I am a resident of the city of Lima, Peru, over the age of eighteen years, and not a party to the within action. My business address for this matter is 440 Stevens Ave #200, Solana Beach, CA 92075.

On January 7, 2025, each of the parties, attorneys, or other interested individuals or entities identified on the Service List below were served as described below with a true copy of the following document(s):

**PLAINTIFF'S ACCEPTANCE OF DEFENDANT MERCEDES-BENZ USA, LLC'S F.R.C.P. RULE 68 OFFER**

[ ] BY MAIL: I deposited in the mail the document(s) listed above in a sealed envelope, with postage fully prepaid, as addressed per the Service List.

[ ] BY PERSONAL SERVICE: I used a process server to serve the document(s) listed above, as addressed per the Service List.

[X] BY ELECTRONIC DELIVERY: I sent via email by electronic attachment a PDF version of the document(s) listed above, as addressed per the Service List.

I certify and declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on January 7, 2025, at Encinitas, California.

Amr Sa'ad Ulloa Mansur

**Service List**

Theta Law Firm, LLP (eservice@thetafirm.com)

Donna Jill Hooper (donna@thetafirm.com)

Mehgan Gallagher (mg@thetafirm.com)

Soheyl Tahsildoost (st@thetafirm.com)